# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-241
LT Case No. 2022CC000330

———————————————

RICHARD SHEAN AND DORA
SHEAN,

    Appellants,

    v.

ZRS MANAGEMENT, LLC, AS
MANAGER FOR ARBORS AT
ORANGE PARK,

    Appellee.

———————————————

On appeal from the County Court for Clay County.
Kristina K. Mobley, Judge.

Richard and Dora Shean, Lake City, pro se.

No Appearance for Appellee.

October 17, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––